Valerie McDonald
9004 In Vogue Ct
Las Vegas, Nevada 89149
702-970-0173
valeriecmcdonald@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCONALD,<br><br>          Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC<br><br>          Defendant | Case No.2:23-cv-01476-MMD-NJK<br><br>~~PROPOSED~~ **DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SUBMITTED IN COMPLIANCE WITH LR 26-1(b))** |

Pursuant to Local Rule 26-1, the parties submit their proposed discovery plan and scheduling order.

    **1.** **Meeting:** Pursuant to FRCP 26(f) and LR-26-1(a), a meeting was held on October 19, 2023, and was attended by Plaintiff Valeria McDonald, pro per, and Adam R. Knecht, Esq., counsel for Aargon Agency, Inc.

    **2.** **Pre-Discovery Disclosures:** Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any computation(s) of damages required pursuant to FRCP 26(a)(i)(A)(iii), by October 30, 2023.

    **3.** **Areas of Discovery:** Submitted In Compliance With LR 26-1(b): Discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

    **4.** **Discovery Plan:** The parties request a discovery plan of 180 days from the date of appearance of the first answering Defendant. Pursuant to LR 26-1(b)(1), the 180 days of discovery runs from the first time the first defendant answers or otherwise appears. Here, Defendant appeared

PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER(SUBMITTED IN COMPLIANCE WITH LR 26-1(B)) - 1

on October 16, 2023, by filing an answer to Complaint [ECF No. 11]. The discovery deadlines herein have been calculated from that date.

**5.    Discovery Cut-Off Dates:** The parties propose that discovery must be commenced and completed no later than Tuesday, April 16, 2024, 180 days after Defendant appeared, and be conducted as follows:

**A.    Amending the pleadings and Adding Parties**: The parties shall have until Wednesday, January 17, 2024 to file any motions to amend the pleadings to add parties, ninety (90) prior to the discovery cut-off date, pursuant to LR 26-1(b)(2).

**B.    FRCP 26(a)(2) Disclosures of Experts**: Expert Witness disclosures shall be made on or before, Friday, February 16, 2024, 60 days prior to the discovery cut-off.

Disclosures regarding rebuttal experts shall be made on or before Monday, March 18, 2024, thirty-one (31)[1] days after the initial disclosures of experts. The requirements of FRCP 26(a)(2)(B) shall apply to any such disclosures.

> The interim status report is no longer required by the local rules.

~~**C.    Interim Status Report**: The parties shall file the interim status report 26-3 by Monday, March 18, 2024, fifty nine (59)[2] days prior to the discovery cutoff date.~~

**D.    Dispositive Motions**: The parties shall have until Thursday, May 16, 2024 to file dispositive motions, thirty (30) days after the discovery cut-off. In the event the discovery cutoff is extended, the deadlines for filing dispositive motions automatically will be extended until thirty (30) days after the new discovery cut-off date.

---

[1]    The date occurring thirty (30) days after the initial expert disclosure deadline falls on Sunday, March 17, 2024. The parties agree to move this deadline to the next judicial day.

[2]    The date occurring sixty (60) days prior to the discovery cutoff deadline falls on Sunday, March 17, 2024. The parties agree to move this deadline to the next judicial day.

PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER(SUBMITTED IN COMPLIANCE WITH LR 26-1(B)) - 2

E.  **Pre-Trial Order**: The parties will prepare a Consolidated Pre-Trial Order on or before Monday, June 17, 2024³, which is not more than thirty-two (32) days after the date set for filing dispositive motions in the case. This deadline will be suspended if dispositive motions are timely filed until thirty (30) days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3) and objections thereto, shall be made in the pre-trial order.

F.  **Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order.

G.  **Extensions or Modifications of the Discovery Plan and Scheduling Order**: ~~LR 26-4~~ LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than twenty-one (21) days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than Tuesday, March 26, 2024, twenty-one (21) days before the discovery cut-off date.

6.  **Other Items**:

A.  **Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate the discovery of native files or metadata at this time, but each party reserves the right to request such electronic data as discovery progresses.

B.  **Alternative Dispute Resolution**: The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes including

---

³ The date occurring thirty (30) days after the dispositive motion deadline falls on Saturday, June 15, 2024. The parties agree to move this deadline to the next judicial day.

PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER(SUBMITTED IN COMPLIANCE WITH LR 26-1(B)) - 3

mediation, arbitration, and if applicable, early neutral evaluation (collectively, ADR) and determined that ADR is not a viable option at this time.

        **C.**    **Alternative Forms of Case Disposition**: The parties hereby certify they considered consent to trial by a magistrate judge and use of the Short Trial Program and do not consent to either at this time.

        **D.**    **Electronic Evidence**. Not applicable as no jury trial has been demanded.

Dated this 19th day of October 2023

| Valerie McDonald | HALL & EVANS |
|---|---|
| /s/ Valy | /s/ Adam R. Knecht |
| 9004 In Vogue Ct | Adam R. Knecht, Esq. |
| Las Vegas, NV 89149 | 1160 North Town Center Drive, Ste. 330 |
| valeriecmcdonald@gmail.com | Las Vegas, Nevada 89144 |
| *Plaintiff, In Pro Per* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED: October 23, 2023

PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER(SUBMITTED IN COMPLIANCE WITH LR 26-1(B)) - 4